02/03/2022   15:42 OPD Region 5 Anaconda                    (FAX)4065634258                P.004/004

ORIGINAL

**FILED**

02/04/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0474

## IN THE SUPREME COURT OF THE STATE OF MONTANA
## DA-21-0474

ROGER L. ROWE,

    Petitioner and Appellant,

v.

MARI E. ROWE,

    Respondent and Appellee.

**FILED**

FEB 0 4 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

**ORDER FOR EXTENSION
OF TIME**

Upon review of the Petitioner and Appellant's Motion for Extension of Time, and good cause found therein,

IT IS HEREBY ORDERED that the Motion for Extension of Time is GRANTED.

IT IS FURTHER ORDERED that the Appellant shall prepare, file, and serve the opening brief on appeal no later than the 21st day of March, 2022.

Dated this ____4th____ day of ____February____, 2022.

_____
Chief Justice